AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
FILED

OCT 0 3 2013

David J. Bradley, Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| JESUS GONZALEZ | ) | Case No. B-13-851-MJ |
| | ) | |
| | ) | |
| | ) | |
| _Defendant(s)_ | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 3, 2012__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| In violation of Title 21 United States Code, Section(s) 841(a)(1) and 846. | Knowingly and willfully Possess with Intent to Distribute approximately 1,186 kilograms of marijuana, a Scheduled I Controlled Substance Act of 1970, in violation of Title 21 USC 841(a)(1); and did futher conspire to unlawfully Possess with Intent to Distribute the same 1,186 kilograms of marijuana in violation of Title 21 USC 846. |

This criminal complaint is based on these facts:

(SEE ATTACHMENT A)

Continued on the attached sheet.

_____
Complainant's signature

Jesse Pinales, DEA TFO
Printed name and title

Sworn to before me and signed in my presence.

Date: Oct 3, 2013

_____
Judge's signature

City and state: Brownsville, Texas

Ronald G. Morgan, U.S. Magistrate Judge
Printed name and title