United States
  V.
**Jesus GONZALEZ**

## ATTACHMENT - A
## AFFIDAVIT

On April 03, 2012, the Drug Enforcement Administration (DEA) in conjunction with the Hidalgo County Sheriff's Office executed a narcotics search warrant at ███████████████, Edinburg, Hidalgo County, Texas. During the execution of the search warrant, Agents seized approximately 1,186 kilograms (2,609 lbs.) of marijuana. Agents also made contact with a male subject whom was at the location and who was identified as Phillip CROSS. CROSS was found in possession of a tractor and trailer with a company name of "Big Daddy Trucking." A hidden man-made secret compartment was located in the box trailer attached to the tractor. CROSS was interviewed about the seized marijuana (1,186 kgs.) and he gave a statement to DEA Agents implicating himself and Jesus GONZALEZ, aka "COWBOY" as having knowledge and attempting to transport the seized marijuana for a Drug Trafficking Organization (DTO). As per CROSS, GONZALEZ had provided the tractor and trailer containing the secret compartment and was overseeing the transportation of the marijuana.

Based on the stated information, on July 31, 2013, DEA Agents made contact with Jesus GONZALEZ. After being read his Miranda Warnings, he was interviewed about the stated seizure. GONZALEZ was presented with pictures of Phillip CROSS, the tractor, trailer with the secret compartment and the seized bundles of marijuana. GONZALEZ claimed that in regards to the stated seizure, he had directed CROSS to ██████████████., via cellular phone, to pick up the load of marijuana, which he knew was a minimum of 1,500 pounds. GONZALEZ also informed Agents that he received $5,000.00 in U.S. Currency from the DTO, as a payment, for coordinating the marijuana transport.

_____
**Complainant's Signature**

Jesse Pinales, DEA TFO
**Printed Name and Title**

Sworn to before me, and subscribed in my presence,

October 03, 2013                at         Brownsville, TX
**Date**                                   **City and State**

U.S. Magistrate Judge Ronald G. Morgan                 _____
**Printed Name and Title**                              **Judge's Signature**